IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 25-cr-150 |
| | : | |
| v. | : | |
| | : | |
| **MALIK BYNUM, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## MOTION TO PERMIT STAND-IN COUNSEL

Defendant Malik Bynum, through undersigned counsel, respectfully seeks permission for undersigned counsel to be excused from the status hearing on September 9, 2025, and allow Dwight Crawley to stand in. The parties are scheduled to appear for a status hearing on September 9, 2025 at 2:00 pm. Undersigned counsel is currently in New York visiting a relative who is in hospice. Undersigned counsel is available to participate in the hearing by phone or video.

The parties are engaged in plea negotiations. Undersigned counsel anticipates that the parties will jointly request a further status conference. Mr. Bynum consents to allowing Mr. Crawley to stand in for undersigned counsel. Mr. Crawley will be prepared to agree to time limits, delays, and other adjustments under the Speedy Trial Act on behalf of Mr. Bynum.

Respectfully submitted,

/s/ Marc Eisenstein
Marc Eisenstein  (DC Bar No. 1007208)
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com
*Counsel to Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2025 a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via e-mail.

/s/
Marc Eisenstein
